JACKSON LEWIS LLP
DAVID S. BRADSHAW, SBN 44888
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
SEE'S CANDIES, INC.

ALAN ADELMAN, ESQ., SBN 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorneys for Plaintiff
NADA RAFEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA RAFEH,<br><br>  Plaintiff,<br><br>  v.<br><br>SEE'S CANDIES, INC.,<br><br>  Defendant. | Case No. 3:09-cv-02671-EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT** ; ORDER<br><br>Complaint Filed: June 17, 2009<br>Trial Date:   None Set |

Plaintiff NADA RAFEH ("Plaintiff") and Defendant SEE'S CANDIES, INC. ("Defendant"), through their respective attorneys of record, hereby stipulate that Defendant's time to file a responsive pleading to Plaintiff's Complaint is extended from July 8, 2009 up to and including July 23, 2008. No other extensions have been requested.

Dated: July 7, 2009                        JACKSON LEWIS LLP

                                           By: /s/ David S. Bradshaw
                                               David S. Bradshaw

                                           Attorneys for Defendant
                                           SEE'S CANDIES, INC.

1

Dated: July 7, 2009

LAW OFFICES OF ALAN ADELMAN

By: *Alan Adelman*
Alan Adelman

Attorneys for Plaintiff
NADA RAFEH

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*[signature]*
Judge Edward M. Chen

*United States District Court, Northern District of California [seal]*

2
Stipulation Extending Time for Defendant to File Responsive Pleading to Complaint