ALAN ADELMAN, ESQ., SBN 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorneys for Plaintiff
NADA RAFEH

JACKSON LEWIS LLP
DAVID S. BRADSHAW, SBN 44888
JAMES T. JONES, SBN 167967
CAROLYN G. BURNETTE, SBN 191294
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail:   bradshawd@jacksonlewis.com
          jonesj@jacksonlewis.com
          burnettec@jacksonlewis.com

Attorneys for Defendant
SEE'S CANDIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NADA RAFEH,<br><br>                   Plaintiff,<br><br>        v.<br><br>SEE'S CANDIES, INC.,<br><br>                   Defendant. | Case No. C 09-02671-EMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>Magistrate Judge:  Edward M. Chen<br>Complaint Filed:   June 17, 2009<br>Trial Date:        February 7, 2011 |

The parties to this action reached a full and final settlement at a settlement conference held on April 23, 2010, before the Honorable James Larson. The settlement provides for the payments to Plaintiff and her counsel specified in the executed Settlement Agreement, and the dismissal of this action with prejudice, subject to the continuing jurisdiction of the Court to enforce the terms of the parties' Settlement Agreement.

1

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, subject to the continuing jurisdiction of the Court to enforce the terms of the parties' Settlement Agreement. Each party shall bear her/its own costs and attorneys' fees except to the extent otherwise provided by the parties' Settlement Agreement.

Dated: June 7, 2010

LAW OFFICES OF ALAN ADELMAN

By: *Alan Adelman*
Alan Adelman

Attorneys for Plaintiff
NADA RAFEH

Dated: June 7, 2010

JACKSON LEWIS LLP

By: *Burnette*
David S. Bradshaw
James T. Jones
Carolyn G. Burnette

Attorneys for Defendant
SEE'S CANDIES, INC.

[PROPOSED] ORDER

IT IS SO ORDERED in accordance with the foregoing stipulation of the parties.

Dated: 6/8/10

HON. EDWARD M. CHEN
Magistrate Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

H:\S\See's Candies\Rafeh, Nada (136276)\Pleadings\008 Pld Stip & Order Re Dismissal.doc